UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-22321-JLK

DELTA CORP SHIPPING PTE LTD.,

      Plaintiff,

v.

WORLD FUEL SERVICES,

      Defendant.        /

## NOTICE OF FILING RETURN OF SERVICE

COMES NOW, the Plaintiff, DELTA CORP SHIPPIING PTE LTD., by and through its undersigned attorneys and files the attached Return of Service declarations showing that a copy of the Summons and Complaint was served on Defendant WORLD FUEL SERVICES on September 22, 2021.

      Respectfully submitted,

      **//S//Jonathan S. Cooper, Esq.//**
      Jonathan S. Cooper
      Florida Bar Number: 99376
      jcooper@shiplawusa.com
      Blanck & Cooper, PA
      5730 SW 74th St. Ste. 700
      Miami, FL 33143
      Telephone: (305) 663-0177
      Facsimile: (305) 663-0146
      Local Counsel for Plaintiff
      DELTA CORP SHIPPING PTE LTD.

**Cc: Katherine Georginis**
katherine.georginis@zeilerfloydzad.com
Zeiler Floyd Zadkovich (US) LLC.