UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-22321-JLK

DELTA CORP SHIPPING PTE LTD.,

    Plaintiff,

v.

WORLD FUEL SERVICES (Singapore)
PTE LTD.,

    Defendant.

_____/

**ORDER GRANTING JOINT MOTION TO STAY**

THIS MATTER is before the Court on the parties' Second Joint Motion to Stay Proceedings (DE 12). In their Joint Motion, the parties request a stay of an additional nine months to preserve Plaintiff's right to pursue recovery from Defendants. *See* Mot. at 3.

Upon review of the Joint Motion and the relevant portions of the record, it is **ORDERED, ADJUDGED, and DECREED** that the Joint Motion **(DE 12)** be, and the same hereby is, **GRANTED**. The above-styled case is hereby **STAYED** for **nine (9) months**. **IT IS FURTHER ORDERED** that parties are to notify the Court at the conclusion of the nine-month stay.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, on this 9th day of November, 2022.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**    All counsel of record