**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION**

CASE NO. 1:21-cv-22321-JLK

DELTA CORP SHIPPING PTE LTD.,

    Plaintiff,

v.

WORLD FUEL SERVICES (Singapore)
PTE LTD,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS MATTER is before the Court *sua sponte*.

On August 9, 2023, the Parties filed a Joint Motion to Stay Proceedings and Stipulation of Dismissal Absent a Claim (DE 14) indicating that Parties "stipulate and agree to the dismissal of this action" upon expiration of the requested stay. On August 10, 2023, this Court entered an order granting the stay and approving the stipulation of dismissal. DE 5. The stay has since expired, and this case has been dismissed. As such, it is **ORDERED, ADJUDGED** and **DECREED** that the Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 12th day of July, 2024.

                                                    */s/ James Lawrence King*
                                                    JAMES LAWRENCE KING
                                                    UNITED STATES DISTRICT JUDGE

**cc:**    **All Counsel of Record**
         **The Clerk of Court**